174 A.3d 520

ROBERT MELLET AND BETTY EVANS, ON BEHALF OF THEM-
SELVES AND OTHER PERSONS SIMILARLY SITUATED,
PLAINTIFFS-PETITIONERS, v. AQUASID, LLC, T/A FUTURE
FITNESS POWERED BY AFC, DEFENDANT-RESPONDENT.

C–175 September Term 2017
079739

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004438–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.